**RECEIVED**

AUG 0 5 2020

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:20-cr-85 |
| | ) | |
| v. | ) | <u>INDICTMENT</u> |
| | ) | |
| BRANDON TUMAUSE OWEN, | ) | T. 18 U.S.C. § 922(g)(3) |
| | ) | T. 18 U.S.C. § 924(a)(2) |
| Defendant. | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Unlawful Drug User in Possession of a Firearm)

That on or about June 6, 2020, in the Southern District of Iowa, the defendant, BRANDON TUMAUSE OWEN, in and affecting commerce, knowingly possessed a firearm, namely: a 5.56 caliber Smith & Wesson M&P 15 rifle with serial number TM84722. At the time of the offense, defendant knew he was an unlawful user of a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

That upon conviction for the offenses alleged in Count 1 of this Indictment, the defendant, BRANDON TUMAUSE OWEN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, the firearm and ammunition identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By:   _____
Amanda W. Searle
Assistant United States Attorney