# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 20CR85 |
| | ) | |
| vs. | ) | MOTION TO MODIFY |
| | ) | CONDITIONS OF RELEASE |
| BRANDON TUMAUSE OWEN, | ) | (Unresisted) |
| | ) | |
| Defendant. | ) | |

COMES NOW John D. Jacobsen, and on behalf of the Defendant and states the following in furtherance of this Motion, and in concert with 18 U.S.C. §3142(c)(3):

1. On November 2, 2020, the Honorable Magistrate Jackson entered Orders releasing the Defendant on Pretrial Supervision to the United States Probation Department, subject to a host of conditions and provisions as bargained and agreed upon by the defendant and Government. (Doc. 21)

2. That Condition 5(f) currently restricts the Defendant from leaving the confines of the State of Iowa, with Condition 5(h) requires the Defendant to participate in a mental health evaluation and any recommended treatment. *See id.*

3. That the Defendant has completed his mental health evaluation and treatment has been recommended, per counsel's communication with

Supervising Pretrial Officer Newhoff this week.

4. That the ongoing service or treatment in favor of the Defendant, and as required by the Conditions of Release, can be and is desired to be facilitated in Rock Island, Illinois, through the contracted service provider.

5. That this service provider of mental health services has a location in Iowa, but attendance at that location is cost prohibitive as the insurance held by the Defendant will not be accepted or applicable at the Iowa location, but will be for unknown reasons accepted at the Rock Island, Illinois location.

6. That the Defendant requests the Honorable Court to amend the Conditions of Release to provide for a less restrictive travel provision pursuant to 18 U.S.C. §3142(c)(3).

7. That the Defendant specifically requests Condition 5(f) be amended to provide "abide by the following restrictions on personal association, place of abode, or travel: the State of Iowa, and additionally, for the limited and sole purpose of facilitating mental health treatment to travel to and from Rock Island, Illinois, and attendance of mental health treatment".

8. That Supervising Pretrial Officer Newhoff is in agreement to this expansion of Condition 5(f), so too, is AUSA Searle for the limited purposes as set forth in the preceding paragraph; both professionals being contacted by counsel in preparation or submission of the instant motion.

WHEREFORE Counsel for the Defendant moves this Honorable Court for an Order amending the Conditions of Release as set forth above, noting a lack of resistance and that such relief furthers compliance with the Conditions of Release.

Respectfully Submitted,

/s/*John D. Jacobsen*
John D. Jacobsen, #19817
Jacobsen Johnson & Wiezorek, P.L.C.
425 2nd Street SE, Suite 803
Cedar Rapids, IA 52401
(319) 286-1767
(319) 286-1137
**ATTORNEY FOR DEFENDANT**
jjacobsen@jjwlegal.com

copy to:
United States Attorney (CMECF)
 Client (US Mail)
I certify that on this 11th day of December, 2020, the foregoing was filed electronically via CM-ECF, and copies were sent to all parties of record.  */s/ John D. Jacobsen*